UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
CLERK
April 20, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

| | |
|---|---|
| Miguel Quinn, individually and on behalf of all others similarly situated,<br><br>    Plaintiff(s),<br><br>    v.<br><br>AFNI, Inc.,<br><br>    Defendant. | Case No: 2:20-cv-02597-JMA-ARL |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff and Defendant, Afni, Inc., and/or their their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice against Afni, Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: April 19, 2022

| | |
|---|---|
| **LIPPES MATHIAS, LLP**<br><br>By:  /s/ *Brendan H. Little*<br>Brendan H. Little, Esq.<br>50 Fountain Plaza, Suite 1700,<br>Buffalo, NY 14202<br>Tel: (716) 853-5100<br>Email: blittle@lippes.com<br>*Attorneys for Defendant* | **SANDERS LAW GROUP**<br><br>By:  /s/ *Kara S. McCabe*<br>Kara S. McCabe, Esq.<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>Tel: (516) 203-7624<br>Email: kmccabe@sanderslaw.group<br>File No.: 119341<br>*Attorneys for Plaintiff* |

  Case closed.
  SO ORDERED.
  /s/ JMA, USDJ
  4/20/2022